IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAMONT ALEXANDER CORBITT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-58-WKW |
| | )             (WO) |
| AMERICAN FURNITURE | ) |
| MANUFACTURING, INC*., et al.,* | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the Joint Stipulation for Dismissal With Prejudice filed by the parties on October 23, 2006 (Doc. # 112), it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Costs are taxed as paid.

3. All pending motions are DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE